**Opinion issued October 19, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00071-CV

———————————

**JARRED PARRISH, Appellant**

**V.**

**GUILLERMINA PARRISH, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-72218**

---

## MEMORANDUM OPINION

Appellant, Jarred Parrish, appeals from the trial court's judgment of December 9, 2020, complaining in a single issue that the trial court's award of appellate attorney's fees to appellee, Guillermina Parrish, was not properly conditioned on an unsuccessful appeal. However, in a June 15, 2021 nunc pro tunc

judgment, the trial court inserted a single word in the judgment clarifying that the appellate attorney's fees were conditioned on an "unsuccessful" appeal. Neither party challenges this modified judgment. This, appellant argues, renders his single issue on appeal moot. We agree that the judgment nunc pro tunc resolves the only issue raised by appellant in his appeal and that there is no longer any case or controversy to be resolved by this Court. Absent a live case or controversy, this Court lacks subject-matter jurisdiction. *See Williams v. Lara*, 52 S.W.3d 171, 184 (Tex. 2001) ("[i]f a controversy ceases to exist—the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome—the case becomes moot.").

Accordingly, we dismiss appellant's appeal as moot. *See* TEX. R. APP. P. 43.2(a). Appellee requests that we award her $25,000 as sanctions. We dismiss the case as moot, and we decline to award appellee sanctions. We further order that each party pay their own costs incurred by reason of this appeal.

Sherry Radack
Chief Justice

Panel consists of Chief Justice Radack and Justices Rivas-Molloy and Guerra.